UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JASON GOLDTHWAITE,<br>    Plaintiff | )<br>)<br>) |
| v. | ) C.A. No. 15-13143-MLW<br>) |
| SENSEAR, INC.,<br>    Defendant. | )<br>)<br>) |

ORDER

WOLF, D.J.                                              September 21, 2016

On August 25, 2016, Magistrate Judge Donald Cabell issued the attached Report and Recommendation on the defendant's motion to dismiss for failure to state a claim. No objections to the Report and Recommendation have been filed. The court finds the Magistrate Judge's reasoning to be thorough, thoughtful, and persuasive. Therefore, the Report and Recommendation is being adopted and the motion to dismiss is being denied.

Accordingly, it is hereby ORDERED that:

1. The Magistrate Judge's Report and Recommendation (Docket No. 33) is ADOPTED and INCORPORATED pursuant to 28 U.S.C. § 636.

2. For the reasons stated in the Report and Recommendation, the defendant's Motion to Dismiss the Amended Complaint (Docket No. 11) is DENIED.

                                              /s/ Charles P. Wolf
                                              UNITED STATES DISTRICT JUDGE